**THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHERWOOD GLENN FOSTER, | ) | CASE NO. 2:17-CV-01054 |
| | ) | |
| *Plaintiff*, | ) | JUDGE MICHAEL H. WATSON |
| | ) | |
| v. | ) | |
| | ) | **STIPULATED DISMISSAL WITH** |
| COUGHLIN AUTO GROUP, | ) | **PREJUDICE** |
| | ) | |
| *Defendant*. | ) | |

Now come the undersigned attorneys for the respective parties, pursuant to Civil Rule of Procedure 41(a), and hereby stipulate that the above-captioned action has been resolved and is dismissed in its entirety <u>with prejudice</u> as to all claims, with each party to bear its own attorney fees, expenses, and court costs.

                                                   Respectfully submitted,

| | |
|---|---|
| */s/ Rachel A. Sabo* | /s/ *Roland J. De Monte* |
| Rachel A. Sabo, Esq. | Roland J. De Monte (0081129) |
| Peter G. Friedmann, Esq. | Michael J. Kozimor (0092376) |
| The Friedmann Firm LLC | Jackson Lewis P.C. |
| 1457 S. High Street | Park Center Plaza I, Suite 400 |
| Columbus, OH 43207 | 6100 Oak Tree Boulevard |
| Rachel@TheFriedmannFirm.com | Cleveland, OH  44131 |
| | (216) 750-0404 |
| *Attorneys for Plaintiff* | (216) 750-0826 (Fax) |
| | Roland.DeMonte@JacksonLewis.com |
| | Michael.Kozimor@JacksonLewis.com |
| | |
| | *Attorneys for Defendant* |
| | *Coughlin Chevrolet, Inc. d/b/a* |
| | *Coughlin Automotive Group* |

## **CERTIFICATE OF SERVICE**

This to certify that on this 22nd day of August, 2018, the foregoing was filed with the Court and sent to all parties of record via the Court's electronic filing system.

/s/ *Roland J. De Monte*
Roland J. De Monte (0081129)

*One of the Attorneys for Defendant,*
*Coughlin Chevrolet, Inc. d/b/a*
*Coughlin Automotive Group*

4822-5122-7760, v. 1